William C. THOMPSON,
Plaintiff—Appellant,

v.

VIRGINIA DEPARTMENT OF GAME AND INLAND FISHERIES; Colonel Massengill, Interim Director, Virginia Department of Game and Inland Fisheries; Office of the Attorney General; Roger Chaffe; Don Hinchey; Dan Hall, Defendants—Appellees.

No. 05–2310.

United States Court of Appeals,
Fourth Circuit.

Submitted March 23, 2006.

Decided March 27, 2006.

William C. Thompson, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William C. Thompson appeals a district court order summarily dismissing his civil rights complaint for failing to state a claim. We have reviewed the record and the district court's order and opinion and affirm for the reasons cited by the district court. *See Thompson v. Virginia Dep't of Game & Inland Fisheries,* No. CA–05–102–1–JPJ (W.D.Va. Nov. 14, 2005). We deny Thompson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*